United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Oryx Oilfield Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-5405964 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4000 N White Chapel Blvd <br> Number       Street | _____ <br> Number       Street |
| | P.O. Box |
| Southlake       TX       76092 <br> City             State       ZIP Code | City             State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Denton County <br> County | Number       Street |
| | City             State       ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor  **Oryx Oilfield Holdings, LLC**  Case number (*if known*) _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>**5416** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                               MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                 MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Oryx Oilfield Services, LLC**   Relationship **Affiliate**<br>       District **Eastern District of Texas**   When _____<br>                                                        MM / DD / YYYY<br>       Case number, if known _____ |

Debtor  Oryx Oilfield Holdings, LLC _____  Case number (*if known*)_____
            Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>            Number    Street<br>_____<br>_____<br>City                                                State       ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201                       Voluntary Petition for Non-Individuals Filing for Bankruptcy                        page **3**

Debtor  Oryx Oilfield Holdings, LLC
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☒ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2024
             MM / DD / YYYY

✘ /s/ Matthew J. Mahone                      Matthew J. Mahone
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Frank Wright                            Date  07/12/2024
Signature of attorney for debtor                    MM / DD / YYYY

Frank Wright
Printed name
Law Offices of Frank J. Wright, PLLC
Firm name
1800 Valley View Lane 250
Number      Street
Farmers Branch                TX          75234
City                          State       ZIP Code

214-238-4153                  frank@fjwright.law
Contact phone                 Email address

22028800                      TX
Bar number                    State

Debtor _____   Case number *(if known)*_____
　　　　First Name　　Middle Name　　Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | |
|---|---|
| **Kodiak Excavation & Utilities, LLC** | **Eastern District of Texas** |
| **Kodiak Trenching & Boring, LLC** | **Eastern District of Texas** |

**Fill in this information to identify the case:**

Debtor name: Oryx Oilfield Holdings, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cisco System Capital Corporation<br>170 West Tasman Drive<br>San Jose, CA, 95134 | | Suppliers or Vendors | | | | 929,625.50 |
| 2 | Texas First Rentals<br>PO Box 650869<br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 140,638.70 |
| 3 | Travelers<br>13607 Collections Center Drive<br>Chicago, IL, 60693 | | Suppliers or Vendors | | | | 38,873.42 |
| 4 | TierPoint, LLC<br>PO Box 82670<br>Lincoln, NE, 68501 | | Suppliers or Vendors | | | | 28,144.71 |
| 5 | Louisiana Department Of Revenue<br>Post Office Box 4969<br>Baton Rouge, LA, 70821 | | Taxes & Other Government Units | | | | 3,176.26 |
| 6 | Railroad Commission Of Texas<br>Post Office Box 12967<br>Austin, TX, 78711 | | Taxes & Other Government Units | | | | 2,400.00 |
| 7 | Jeppesen Sanderson, Inc.<br>PO Box 7780<br>Dallas, TX, 75284 | | Suppliers or Vendors | | | | 1,055.34 |
| 8 | TX Tag<br>Po Box 650749<br>Dallas, TX, 75265 | | Suppliers or Vendors | | | | 0.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Oryx Oilfield Holdings, LLC**
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ramey & Flock<br>100 East Ferguson<br>Suite 404<br>Tyler, TX, 75702 | | Services | | | | 0.00 |
| 10 | North Texas Tollway Authority<br>Po BOx 660244<br><br>Dallas, TX, 75266 | | Suppliers or Vendors | | | | 0.00 |
| 11 | IPFS Corporation<br>8501 Wade Blvd<br>Suite 620<br>Frisco, TX, 75034 | | Monies Loaned / Advanced | | | | 0.00 |
| 12 | Universal Weather and Aviation, Inc<br>PO BOX 301164<br><br>Dallas, TX, 75303 | | Suppliers or Vendors | | | | 0.00 |
| 13 | SAP America, Inc.<br>PO BOX 7780<br><br>Philadelphia, PA, 19182 | | Suppliers or Vendors | | | | 0.00 |
| 14 | Gray Reed<br>1300 Post Oak Boulevard<br>Suite 2000<br>Houston, TX, 77056 | | Services | | | | 0.00 |
| 15 | First Midwest Equipment Finance Co.<br>520 N Cass Ave.<br><br>Westmont, IL, 60559 | | Monies Loaned / Advanced | | | | 0.00 |
| 16 | CESCOM<br>Dept CH 19790<br><br>Palatine, IL, 6055 | | Suppliers or Vendors | | | | 0.00 |
| 17 | Carson Law Group, PLLC<br>125 S Congress St<br>#1336<br>Jackson, MS, 39201 | | Services | | | | 0.00 |
| 18 | Georgia Department of Labor / Tax Analyst Unit<br>148 Andrew Young International Blvd NE Suite 752<br>Atlanta, GA, 30303 | | Taxes & Other Government Units | | | | 0.00 |
| 19 | Dallas County Tax Assessor -Collector<br>PO Box 139066<br><br>Dallas, TX, 75313 | | Taxes & Other Government Units | | | | 0.00 |
| 20 | Dallas Central Apprisal Distict<br>PO Box 560368<br><br>Dallas, TX, 75356 | | Taxes & Other Government Units | | | | 0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Carson Law Group, PLLC
125 S Congress St
Jackson, MS 39201

CESCOM
Dept CH 19790
Palatine, IL 6055

CHTD Company
PO BOX 2576
SPRINGFIELD, IL 62708

Cisco System Capital Corporation
170 West Tasman Drive
San Jose, CA 95134

Dallas Central Apprisal Distict
PO Box 560368
Dallas, TX 75356

Dallas County Tax Assessor -Collector
PO Box 139066
Dallas, TX 75313

First Midwest Equipment Finance Co.
520 N Cass Ave.
Westmont, IL 60559

Georgia Department of Labor / Tax Analyst Uni
148 Andrew Young International Blvd
NE Suite 752
Atlanta, GA 30303

Gray Reed
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

Internal Revenue Service
PO BOX 145595
MC 8420G
CINCINNATI, OH 45250

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

IPFS Corporation
8501 Wade Blvd
Suite 620
Frisco, TX 75034

Jeppesen Sanderson, Inc.
PO Box 7780
Dallas, TX 75284

Louisiana Department Of Revenue
Post Office Box 4969
Baton Rouge, LA 70821

North Texas Tollway Authority
Po BOx 660244
Dallas, TX 75266

Office of the US Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

Origami Capital
191 NORTH WACKER DR.
STE 2350
CHICAGO, IL 60606

Railroad Commission Of Texas
Post Office Box 12967
Austin, TX 78711

Ramey & Flock
100 East Ferguson
Suite 404
Tyler, TX 75702

SAP America, Inc.
PO BOX 7780
Philadelphia, PA 19182

Texas Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774

Texas First Rentals
PO Box 650869
Dallas, TX 75265

TierPoint, LLC
PO Box 82670
Lincoln, NE 68501

Travelers
13607 Collections Center Drive
Chicago, IL 60693

TX Tag
Po Box 650749
Dallas, TX 75265

U.S. Department of Labor
525 S. Griffin St.
Suite 707
Dallas, TX 75202

Universal Weather and Aviation, Inc
PO BOX 301164
Dallas, TX 75303

United States Bankruptcy Court
Eastern District of Texas

In re: Oryx Oilfield Holdings, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/12/2024

/s/ Matthew J. Mahone
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor